UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | U.S.C.A. 19-50301 |
| | ) | U.S.D.C. 18-CR-1805-BAS |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | **UNOPPOSED LATE** |
| | ) | **MOTION TO EXTEND** |
| ISAIAH SMALLWOOD JACKSON, | ) | **TIME TO FILE OPENING BRIEF** |
| | ) | |
| Defendant-Appellant. | ) | |

Isaiah Smallwood Jackson, the appellant in this case, by and through his counsel, Debra A. DiIorio, moves that this Court, pursuant to Federal Rules of Appellate Procedure 11 and 27, and Ninth Circuit Rules 11-1.2, 27-1, 27-7 and 27-8, and for reasons set forth in the attached declaration of counsel, to extend time for filing of the appellant's opening brief by 120 days in this case so that the appellant's opening brief, which is due to be filed with this Court on December 23, 2019, be due on April 23, 2020.

Respectfully submitted,

/s/ Debra DiIorio

Dated: December 31, 2019

**DEBRA A. DIIORIO**
California Bar No. 138018
964 Fifth Avenue, Suite 214
San Diego, California 92101
Telephone: (619) 544-1451
Facsimile: (619) 544-1473
E-mail: debra_diioriohall@yahoo.com
Attorney for Defendant-Appellant

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | U.S.C.A.19-50301 |
| | ) | U.S.D.C. 18-CR-1805-BAS |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | |
| | ) | **DECLARATION OF** |
| | ) | **COUNSEL IN** |
| **ISAIAH SMALLWOOD JACKSON,** | ) | **SUPPORT OF LATE MOTION** |
| | ) | **TO AMEND THE BRIEFING** |
| | ) | **SCHEDULE** |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

I, Debra A. DiIorio, declare under penalty of perjury that:

1. I am an attorney duly licensed to practice law in the State of California, the United States District Court for the Southern District of California, and the United States Court of Appeals for the Ninth Circuit.

2. I was appointed by the United States District Court to represent the Defendant-Appellant, Isaiah Smallwood Jackson, and represented the Defendant-Appellant in the proceedings before the District Court.

3. The notice of appeal was filed on September 23, 2019.

1

4. This appeal in this case arises from Defendant-Appellant's conviction after jury trial on a two count superseding indictment charging sexual exploitation of a minor, in violation of 18 U.S.C. § 2251(a) and (e), and enticement of a minor, in violation of 18 U.S.C. § 2422(b).

5. On September 16, 2019, the appellant was sentenced to 240 months in custody on each count, to run concurrent to each other. The appellant is in custody serving the sentence.

6. The opening brief was due on December 23, 2019, but counsel for appellant forgot to file the streamlined 30 day extension on that date; accordingly, appellant has not previously filed an extension for the opening brief. Counsel now requests to amend the briefing schedule and extend time by 120 days within which to file her brief so that it will be due on April 23, 2020. The transcript designation and the transcript order were filed on October 2, 2019, and I have received the entire transcript.

7. The reason for this request to amend the briefing schedule is based on the fact that counsel has been appointed an unusual number of cases in the District Court in the last 30 days, in part because of the increased case load due to the

Operation Streamline prosecutions, but also because counsel was appointed to 6 felony cases in the month of December and has had numerous motion hearings and sentencing hearings in the last 30 days in the district court. For these reasons, I need additional time within which to properly prepare the opening brief.

    8. For all the above stated reasons, I respectfully request this court extend the time to file the opening brief.

    9. On December 31, 2019, I contacted government counsel, Assistant U. S. Attorney Janet Cabral, who indicated the government has no opposition to the instant motion and the proposed extension of time.

Dated: December 31, 2019        /s/ Debra A. DiIorio

                                                  **DEBRA A. DIIORIO**
                                                  Attorney for Defendant-Appellant

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | U.S.C.A. 19-50301 |
| Plaintiff-Appellee, | ) | U.S.D.C. 18-CR-1805-BAS |
| | ) | |
| v. | ) | |
| | ) | **PROOF OF SERVICE** |
| **ISAIAH SMALLWOOD JACKSON,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

 I hereby certify that on December 31, 2019, I electronically filed the foregoing motion to extend time with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

 I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

 I further certify I mailed an additional copy to Defendant-Appellant.

        /s/ Debra A. DiIorio

DATED: December 31, 2019  **DEBRA A. DIIORIO**
           Attorney at Law
           Attorney for Appellant