UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **U.S.C.A. 19-50301** |
| Plaintiff-Appellee, | ) | **U.S.D.C. 18-CR-1805-BAS** |
| | ) | |
| v. | ) | **NOTICE** |
| | ) | |
| **ISAIAH SMALLWOOD JACKSON**, | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

      The Court is notified that due to logistical issues related to the OCVID-19 virus, Appellant requires a 60-day extension of time to file the Opening Brief, currently due on April 23, 2020. Counsel for Appellant has notified opposing counsel who does not oppose the extension.

      I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                      *s/ Debra A. DiIorio*
                                      **DEBRA A. DIIORIO**